## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| WILLIAM R. MILLER and STACY A. MILLER, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:17-55 |
| v. | ) ) | Judge Walter H. Rice |
| U.S. BANK, N.A. and U.S. BANK HOME MORTGAGE, | ) ) ) ) | Magistrate Judge Michael J. Newman |
| Defendants. | ) | |

### STIPULATION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6.1

WHEREAS, the deadline for U.S. Bank, N.A. and U.S. Bank Home Mortgage ("U.S. Bank") to respond to the Complaint is currently May 1, 2017;

WHEREAS, William R. Miller and Stacy A. Miller ("Miller") have agreed to U.S. Bank's request for a 21-day extension of time; and

WHEREAS, no prior stipulations for extension of time have been made between the parties, and the total time stipulated herein does not exceed 21 days.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that pursuant to Local Rule 6.1, U.S. Bank may have until May 22, 2017 to move, answer or otherwise respond to Miller's Complaint.

| U.S. Bank, N.A. and U.S. Bank Home Mortgage | William R. Miller and Stacey A. Miller |
|---|---|
| /s/ Douglas R. Sargent | /s/ William R. Miller |
| Douglas R. Sargent (*pro hac vice* forthcoming) | William R. Miller # 0068725 |
| dsargent@lockelord.com | wrm1107@roadrunner.com |
| Ryan A. Sawyer (*pro hac vice* forthcoming) | 111 West First St., Suite 519 |
| ryan.sawyer@lockelord.com | Dayton, Ohio  45402 |
| LOCKE LORD LLP | (937) 222-1366 |
| 111 S. Wacker Drive | |
| Chicago, IL 60606 | |
| (312) 443-0700 | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2017, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6.1** with the Clerk of the Court using the ECF system, which will send notification of such filing to all registered participants, and have served the following counsel via electronic mail:

>Douglas R. Sargent
>dsargent@lockelord.com
>Ryan A. Sawyer
>ryan.sawyer@lockelord.com
>LOCKE LORD LLP
>111 S. Wacker Drive
>Chicago, IL 60606
>*Attorneys for Defendants*

/s/ William R. Miller
William R. Miller