IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| WILLIAM R. MILLER and STACY A. MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A. and U.S. BANK HOME MORTGAGE,<br><br>Defendants. | Case No. 3:17-55<br><br>Judge Walter H. Rice<br><br>Magistrate Judge Michael J. Newman<br><br>**Plaintiffs William R. and Stacy A. Miller's Response to Court's Show Cause Order** |

Now comes William R Miller, attorney for Plaintiffs and responds to this Court's Show Cause order in the attached Memorandum.

Respectfully Submitted,

/s/ William R Miller
William R Miller 0068725
111 W First Street, Ste 1150
Dayton Ohio 45402
937-222-1366
Facsimile 937-222-1399
Wrm1107@roadrunner.com
**Counsel for Plaintiffs**

## **MEMORANDUM**

William R Miller, counsel for Plaintiffs, received a message around 1:00 pm Eastern Standard Time from this Honorable Court indicating that he missed a Discovery Status Conference on January 16, 2018 (an email communication at 11:05 AM requesting an immediate call in to the Court as the Court and attorneys Ryan Sawyer and Drew Campbell were waiting). Plaintiff's Counsel immediately checked his email history and the court's docket and found an entry setting this matter for hearing on January 16, 2018 at 11:00 AM.  Plaintiff's counsel apparently failed to place this date on his calendar.  Upon realizing this mistake, Plaintiff's counsel contacted Ryan Sawyer and Drew Campbell (opposing counsel) via email apologizing for the error and for wasting their time and the court's time.  Plaintiffs' counsel contacted the judicial assistant for this Honorable Court and informed this Honorable Court that a calendaring issue was the reason for his failure to appear.

Plaintiffs and Plaintiffs' counsel apologize formally to this Honorable Court and to all counsel involved for not being available at the previously scheduled time.  Plaintiffs request that no sanctions be issued as the reason for Plaintiffs failure to appear was a calendaring mistake, the same not being intentional, but merely inadvertent.

Respectfully Submitted,

/s/ William R Miller
William R Miller 0068725
111 W First Street, Ste 1150
Dayton Ohio 45402
937-222-1366
Facsimile 937-222-1399
Wrm1107@roadrunner.com
**Counsel for Plaintiffs**

<u>Certificate of Service</u>

I, the undersigned, certify that on January 16, 2018 *a.d.*, I electronically filed the foregoing Plaintiffs' Response to this Court's Order to Show Cause with the Clerk of Court using the court's electronic filing system which will send notification of such filing to all registered participants.

<u>/s/ William R Miller</u>
William R Miller