# THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM R. MILLER and STACY A. MILLER, | ) |
| Plaintiffs, | ) Civil Action No. 3:17-55 |
| v. | ) Judge Walter H. Rice |
| U.S. BANK, N.A. and U.S. BANK HOME MORTGAGE, | ) Magistrate Judge Michael J. Newman |
| Defendants. | ) |

## ] ORDER ON U.S. BANK'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES

This matter coming before the Court on U.S. Bank's Unopposed Motion for Leave to file Amended Answer and Affirmative Defenses, the Court being fully advised, IT IS HEREBY ORDERED THAT U.S. Bank's motion is granted. U.S. Bank is granted leave to file its amended answer and affirmative defenses within seven days of the entry of this order.

Entered:

Dated: 4-18-18

_____
UNITED STATES DISTRICT JUDGE